AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT FILED

## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

AUG 0 5 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

PEREZ-Juarez, Jose Luis
AKA:
POB: Mexico   SEX:   Male      Age:   38

**CRIMINAL COMPLAINT**

CASE NUMBER:   P-11- MJ 263

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____July 30, 2011_____ in _____Hudspeth_____ County, in the

_____Western_____ District of _____Texas_____ defendant(s) did,(Track Statutory Language of Offense)

enter and or was found in the United States after having been previously arrested and deported from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security and the Defendant has not established that he was not required to obtain the consent of the Secretary of Homeland Security prior to entering the United States.

in violation of Title _____8_____ United States Code, Section(s) _____1326 (b)(1)_____ .

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following

facts:                                SEE ATTACHMENT

Continued on the attached sheet and made a part hereof:      [X] Yes   [ ] No

_____
Signature of Complainant        Eric Cash

Sworn to before me and subscribed in my presence,

_____August 5, 2011_____      at   Alpine, Texas
Date                                     City and State

**B. Dwight Goains**
United States Magistrate Judge        _____
Name & Title of Judicial Officer        Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT
RE:  **PEREZ-Juarez, Jose Luis**

**FACTS:**

The Defendant was arrested on August 04, 2011, in Van Horn ,Texas, Border Patrol Agents.

The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an immigration officer. He last entered the United States on or about July 30, 2011, approximately 65 miles east of Ft Hancock, Texas, at a time and place not designated as a port of entry by the Secretary of Homeland Security and in such a manner as to avoid inspection or detection by immigration officers. The Defendant was not in possession of any valid Immigration Documents allowing him to be in, or remain in, the United States legally.

Immigration Record:

The defendant has 10 prior Voluntary Returns To Mexico.

The Defendant was last deported on 01/10/2008 through Presidio, Texas.

Criminal Records:

The Defendant was convicted of Illegal Entry on  10/18/2007 and sentencted to 90 days BOP.

AUSA:  J. Miller